# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| MARY RUSSO, KAREN HALVERSON, SANCHELLE JOHNSON, and JULIANN CALLERY, individually and on behalf of all others similarly situated, JESSICA ANCRUM, SHERRYL ANDERSON, BRIANNA BENDIK, JUSTIN BENDIK, RANDY BROWN, JUAN DOZIER, DARRYL FELKEL, MEGAN FELKEL, NICOLE FLOYD, CANDID FORTNER, PETER FORTNER, KYLE GREGO, ASHLEY HALLOCK, CHRISTIAN HALLOCK, SAMUEL HALVERSON, KATHLEEN HARVEY, ARTHUR HUNTER, JANICA HUNTER, JOHN JEFFERSON, SHEILA JEFFERSON, AHMAD LEWIS, PATICIA LEWIS, LUCINDA LIFERIDGE, PHILLIP LIFERIDGE, JEREMY MCNEER, TIMOTHY O'BRIEN, WENDI O'BRIEN, JASON POGAR, LINDSEY POGAR, TRISTAN PROCTOR, MARVIN RAVENEL, DIANE SASS, JEREMY SHELTRA, MATTHEW SHREVE, DOLORES SMILEY, MAE TAYLOR, NEVERROL THOMPSON, JOHN TURNER, MARIA TURNER, LYNN WASHINGTON, and JANELLE WRIGHT,<br><br>     Plaintiffs,<br><br> v.<br><br>EASTWOOD CONSTRUCTION PARTNERS, LLC f/k/a Eastwood Construction, LLC f/k/a Eastwood Homes, Inc.; EASTWOOD HOMES, INC.; EXTERIOR CONTRACT SERVICES, LLC; SOUTHCOAST EXTERIORS, INC.; ALPHA OMEGA CONSTRUCTION GROUP, INC.; CIRO LOPEZ; JUAN GARZA RAMOS; JOHN DOE | CIVIL ACTION NO.: 2:22-cv-01686-DCN<br><br><br><br><br>**PLAINTIFFS' MOTION FOR REMAND** |

1

SUBCONTRACTORS 1-25; and AIR VENT, INC.,

        Defendants.

Plaintiffs, by and through their undersigned counsel, and pursuant to 28 U.S.C. § 1332(d) and 28 U.S.C. § 1447(c), hereby move to remand this case to the South Carolina Court of Common Pleas for Charleston County, because this Court lacks jurisdiction and this action is within the local controversy exception under the Class Action Fairness Act of 2005, codified at 28 U.S.C. § 1332(d)(4). A memorandum in support of this motion is filed contemporaneously herewith.

        THE STEINBERG LAW FIRM, L.L.P.
        P.O. Box 2670
        Summerville, SC 29484
        (843) 871-6522 - office
        (843) 871-8565 - facsimile

        By:  s/Elliotte Quinn
            F. Elliotte Quinn IV
            Federal Bar No. 12563
            equinn@steinberglawfirm.com

        *Attorney for Plaintiffs*

June 24, 2022